```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHANNON ARMSTRONG,<br><br>        Defendant. | Case No.: 2:15-CR-131 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:  November 3, 2016<br>Time:  9:30 a.m.<br>Judge: Honorable Troy L. Nunley |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 25, 2016. Counsel for the parties request the date for judgment and sentencing be continued to November 3, 2016 at 9:30 a.m. Assistant United States Attorney Samuel Wong has been advised of this request and has no objection.

2. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**              **11/3/16**

Reply, or Statement of Non-Opposition:        10/27/16

```
        Motion for Correction of the Presentence
        Report Shall be filed with the Court and
        served on the Probation Officer and
        opposing counsel no later than:              10/20/16

        The Presentence Report shall be filed
        with the Court And disclosed to counsel
        no later than:                               10/13/16

        Counsel's written objections to the
        Presentence Report Shall be delivered
        to the probation officer and opposing
        Counsel no later than:                       10/6/16

        The Presentence Report shall be filed
        with the Court And disclosed to counsel
        no later than:                               n/a
```

IT IS SO STIPULATED.

Dated: July 27, 2016                    /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Shannon Armstrong

Dated: July 28, 2016                    Phillip A. Talbert
                                        United States Attorney

                                        by: /s/  Samuel Wong
                                        SAMUEL WONG
                                        Assistant United States Attorney

### ORDER

IT IS SO FOUND AND ORDERED this 1st day of August, 2016.

                                        _____
                                        Troy L. Nunley
                                        United States District Judge