JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-131-TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) JUDGMENT AND SENTENCING TO A STATUS |
| vs. | ) CONFERENCE |
| | ) |
| SHANNON ARMSTRONG, | ) Date: January 26, 2017 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable Troy L. Nunley |
| | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for November 3, 2016. Counsel for the parties request the date for Judgment and Sentencing be continued to a Status Conference on January 26, 2017 at 9:30 a.m. Assistant United States Attorney Samuel Wong has been advised of this request and has no objection.

2. Co-defendants Roberto Gomez, Jr., Leobardo Martinez-Carranza, Edgar Eduardo Herrera, Bradley Ward, William Welch, Michael McGibbon, and Jesus Humberto Zurita-Sicairos are set for Jury Trial on August 7, 2017.

3. Mr. Armstrong's participation in the upcoming trial is likely. Therefore, the Parties believe postponing Mr. Armstrong's sentencing is appropriate.

1    IT IS SO STIPULATED.

2

3   Dated:  September 21, 2016              /s/ John R. Manning
                                            JOHN R. MANNING
4                                           Attorney for Defendant
                                            Shannon Armstrong
5

6   Dated:  September 22, 2016              Phillip A. Talbert
                                            Acting United States Attorney
7                                           by:  /s/ Samuel Wong
                                            SAMUEL WONG
8                                           Assistant United States Attorney

9                                **ORDER**

10  IT IS SO FOUND AND ORDERED this 26th day of September, 2016.

11

12

13

14

15                                      _____
                                        Troy L. Nunley
16                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28