```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br> vs.                               )<br>                                   )<br> SHANNON ARMSTRONG,                )<br>                                   )<br>            Defendant.             )<br>                                   ) | Case No.: 2:15-CR-131 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO A JUDGMENT AND SENTENCING<br><br>Date:  September 14, 2017<br>Time:  9:30 a.m.<br>Judge: Honorable Troy L. Nunley |

The parties hereby stipulate the following:

1. A Status Conference in this matter is presently set for January 26, 2017. Counsel for the parties request the Status Conference be continued to a Judgment and Sentencing on September 14, 2017 at 9:30 a.m.  Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

2. Co-defendants Roberto Gomez, Jr., Leobardo Martinez-Carranza, Bradley Ward, William Welch, Michael McGibbon, and Jesus Humberto Zurita-Sicairos are set for Jury Trial on August 7, 2017.

3. Mr. Armstrong's participation in the upcoming trial is likely. Therefore, the Parties believe postponing Mr. Armstrong's sentencing is appropriate.

4. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **9/14/17** |
| Reply, or Statement of Non-Opposition: | 9/7/17 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/31/17 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 8/24/17 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 8/17/17 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated:  January 19, 2017        /s/  John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Shannon Armstrong

Dated:  January 20, 2017        Phillip A. Talbert
                                United States Attorney
                                by:  /s/  Samuel Wong
                                SAMUEL WONG
                                Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of January, 2017.

_____
Troy L. Nunley
United States District Judge