```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-131 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO A JUDGMENT AND SENTENCING |
| vs. | |
| SHANNON ARMSTRONG, | Date: April 19, 2018 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Honorable Troy L. Nunley |

The parties hereby stipulate the following:

1. Sentencing in this matter is presently set for September 14, 2017. Counsel for the parties request the Judgment and Sentencing be continued to April 19, 2018 at 9:30 a.m. Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

2. Co-defendants Leobardo Martinez-Carranza, Bradley Ward, William Welch, and Michael McGibbon are set for Jury Trial on January 29, 2018.

3. Mr. Armstrong's participation in the upcoming trial is likely. Therefore, the Parties believe postponing Mr. Armstrong's sentencing is appropriate.

4. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **4/19/18** |
| Reply, or Statement of Non-Opposition: | 4/5/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 3/22/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 3/8/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 2/22/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: August 8, 2017        /s/   John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Shannon Armstrong

Dated: August 8, 2017        Phillip A. Talbert
                             United States Attorney
                             by:  /s/   Samuel Wong
                             SAMUEL WONG
                             Assistant United States Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

IT IS SO FOUND AND ORDERED this 10th day of August, 2017.

Troy L. Nunley
United States District Judge