UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00131-TLN-8 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SHANNON ARMSTRONG, | |
| Defendant. | |

The United States Marshal shall immediately contact the Sacramento Main Jail and inquire as to whether a lower bunk has been given to defendant Shannon Armstrong. In the event a negative answer is received, the Marshal shall contact counsel for the defendant. If a lower bunk is still sought, counsel for defendant shall then bring to the duty calendar a request for a writ pursuant to the All Writs Act, 28 U.S.C. section 1651. The undersigned is concerned that if a lower bunk is not assigned to defendant Armstrong, the court may lose jurisdiction over this case, or have its jurisdiction impaired due to the medical unavailability of defendant.

Defense counsel shall serve the Sheriff, Sacramento County, with his request for a writ and shall notice a hearing expeditiously on the criminal duty calendar which shall also be served on the Sheriff.

1

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve this order forthwith on the United States Marshal.

**IT IS SO ORDERED.**

DATED: October 27, 2017

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE