```
1   JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
2   1111 H Street, #204
    Sacramento, CA 95814
3   (916)444-3994
    jmanninglaw@yahoo.com
4
    Attorney for Defendant
5   SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-131 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) JUDGMENT AND SENTENCING |
| vs. | ) |
| | ) Date:  August 30, 2018 |
| SHANNON ARMSTRONG, | ) Time:  9:30 a.m. |
| | ) Judge: Honorable Troy L. Nunley |
| Defendant. | ) |
| | ) |

The parties hereby stipulate the following:

1. Sentencing in this matter is presently set for April 19, 2018. Counsel for the parties request the Judgment and Sentencing be continued to August 30, 2018 at 9:30 a.m. Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

2. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **8/30/18** |
| Reply, or Statement of Non-Opposition: | 8/23/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/2/18 |

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/19/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/21/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: March 7, 2018                          /s/  John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Shannon Armstrong

Dated: March 7, 2018                          McGregor W. Scott
                                              United States Attorney
                                              by:  /s/  Samuel Wong
                                              SAMUEL WONG
                                              Assistant United States Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

IT IS SO FOUND AND ORDERED this 8th day of March, 2018.

Troy L. Nunley
United States District Judge