```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-131-TLN |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) MODIFYING THE OBJECTION SCHEDULE |
| SHANNON ARMSTRONG, | ) Date: August 30, 2018 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable Troy L. Nunley |

    The parties hereby stipulate the following:

    1. Sentencing in this matter is presently set for August 30, 2018. The request DOES NOT seek to change the presently set sentencing date in this matter. This stipulation seeks only to modify the existing objection schedule without changing the sentencing date. Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

    2. The parties request the Court adopt the following schedule pertaining to the presentence report:

    **Judgment and Sentencing date:**                                        8/30/18

    Reply, or Statement of Non-Opposition;
    and/or, any sentencing memorandum:                8/23/18

    Motion for Correction of the Presentence

| | |
|---|---|
| Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/13/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/31/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 7/19/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: June 22. 2018      /S/ John R.Manning
     JOHN R. MANNING
     Attorney for Defendant
     Shannon Armstrong

Dated: June 22, 2018      McGregor W. Scott
     United States Attorney
     by: /S/ Samuel Wong
     SAMUEL WONG
     Assistant United States Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

IT IS SO FOUND AND ORDERED this 26th day of June, 2018.

Troy L. Nunley
United States District Judge