```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-131-TLN |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **Date:  January 31, 2019** |
| SHANNON ARMSTRONG, | ) **Time:  9:30 a.m.** |
| Defendant. | ) **Judge: Honorable Troy L. Nunley** |

Sentencing in this matter is presently set for October 25, 2018. Counsel for the defendant requests the Judgment and Sentencing be continued to **January 31, 2019 at 9:30 a.m.** Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

The defense requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **1/31/19** |
| Reply, or Statement of Non-Opposition: | 1/24/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/13/18 |

The Presentence Report shall be filed

|  |  |
|---|---|
| with the Court And disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: October 12, 2018

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shannon Armstrong

Dated: October 18, 2018

McGregor W. Scott
United States Attorney

by: /S/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of October, 2018.

Troy L. Nunley
United States District Judge