JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-131 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) |
| vs. | ) Date: March 28, 2019 |
| | ) Time: 9:30 a.m. |
| SHANNON ARMSTRONG, | ) Judge: Honorable Troy L. Nunley |
| | ) |
| Defendant. | ) |
| | ) |

Sentencing in this matter is presently set for January 31, 2019. Counsel for the defendant requests the Judgment and Sentencing be continued to March 28, 2019 at 9:30 a.m. Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

The defense requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **3/28/19** |
| Reply to Sentencing Memorandum: | 3/21/19 |
| Sentencing Memorandum: | 3/14/19 |
| Reply, or Statement of Non-Opposition: | 2/21/19 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and | |

|     |                                                                                                  |           |
|-----|--------------------------------------------------------------------------------------------------|-----------|
| 1   | opposing counsel no later than:                                                                  | 1/31/19   |
| 2   | The Presentence Report shall be filed                                                            |           |
|     | with the Court And disclosed to counsel                                                          |           |
| 3   | no later than:                                                                                   | n/a       |
| 4   | Counsel's written objections to the                                                              |           |
|     | Presentence Report Shall be delivered                                                            |           |
| 5   | to the probation officer and opposing                                                            |           |
|     | Counsel no later than:                                                                           | n/a       |
| 6   |                                                                                                  |           |
| 7   | The Presentence Report shall be filed                                                            |           |
|     | with the Court And disclosed to counsel                                                          |           |
|     | no later than:                                                                                   | n/a       |

Dated: January 11, 2019                    /s/  John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Shannon Armstrong


Dated: January 11, 2019                    McGregor W. Scott
                                           United States Attorney
                                           by: /s/ Samuel Wong
                                           SAMUEL WONG
                                           Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.


IT IS SO FOUND AND ORDERED this 14th day of January, 2019.




Troy L. Nunley
United States District Judge