```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>SHANNON ARMSTRONG,<br><br>         Defendant. | Case No.: 2:15-CR-131 TLN<br><br>STIPULATION AND ORDER<br><br>Date:  March 28, 2019<br>Time:  9:30 a.m.<br>Judge: Honorable Troy L. Nunley |

    Sentencing in this matter is presently set for March 28, 2019. Counsel for the defendant requests the deadline for the Motion for Correction of the Presentence Report be continued from January 31, 2019 to February 7, 2019. All other deadlines are to remain the as previously ordered, including the Judgment and Sentencing date (March 28, 2019).  Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

    The defense requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **3/28/19** |
| Reply to Sentencing Memorandum: | 3/21/19 |
| Sentencing Memorandum: | 3/14/19 |
| Reply, or Statement of Non-Opposition: | 2/21/19 |

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/7/19 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | n/a |

Dated: February 1, 2019                   /S/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Shannon Armstrong

Dated: February 1, 2019                   McGregor W. Scott
                                          United States Attorney

                                          by: /S/ Samuel Wong
                                          SAMUEL WONG
                                          Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 4th day of February, 2019.

                                          Troy L. Nunley
                                          United States District Judge