```
 1  JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
 2  1111 H Street, #204
    Sacramento, CA 95814
 3  (916)444-3994
    jmanninglaw@yahoo.com
 4
    Attorney for Defendant
 5  SHANNON ARMSTRONG

 6
                        IN THE UNITED STATES DISTRICT COURT
 7
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,              ) Case No.: 2:15-CR-131 TLN
10                                         )
                  Plaintiff,               ) STIPULATION AND ORDER
11                                         )
    vs.                                    ) Date:  March 28, 2019
12                                         ) Time:  9:30 a.m.
    SHANNON ARMSTRONG,                     ) Judge: Honorable Troy L. Nunley
13                                         )
                  Defendant.               )
14                                         )
```

15

16      Sentencing in this matter is presently set for March 28, 2019. Counsel

17 for the defendant requests only the deadline for submitting the sentencing

18 memorandum be continued to March 21, 2019. Assistant United States Attorney

19 Samuel Wong has been advised of this request and has no objection.

20      The defense requests the Court adopt the following schedule

21 pertaining to the presentence report:

22      **Judgment and Sentencing date:**           3/28/19

23      Sentencing Memorandum:                      3/21/19

24      Reply, or Statement of Non-Opposition:      n/a

25      Motion for Correction of the Presentence
        Report Shall be filed with the Court and
26      served on the Probation Officer and
        opposing counsel no later than:             n/a
27

28      The Presentence Report shall be filed

|   |   |   |
|---|---|---|
| | with the Court And disclosed to counsel no later than: | n/a |
| | Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| | The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: March 18, 2019　　　　　　　　　　/s/　John R. Manning
　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Shannon Armstrong

Dated: March 18, 2019　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　by:　/s/　Samuel Wong
　　　　　　　　　　　　　　　　　　　　SAMUEL WONG
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 18th day of March, 2019.

_____
Troy L. Nunley
United States District Judge