```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-131-TLN |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | Date: April 11, 2019 |
| | Time: 9:30 a.m. |
| SHANNON ARMSTRONG, | Judge: Honorable Troy L. Nunley |
| Defendant. | |

Sentencing in this matter is presently set for March 28, 2019. Counsel for the defendant requests the Judgment and Sentencing be continued to **April 11, 2019 at 9:30 a.m.** Assistant United States Attorney Samuel Wong and United States Probation Officer Anthony Andrews have been advised of this request and have no objection.

The defense requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **4/11/19** |
| Sentencing Memorandum: | 4/4/19 |
| Reply, or Statement of Non-Opposition: | n/a |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |

|   |   |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

Dated: March 26, 2019  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shannon Armstrong

Dated: March 26, 2019  McGregor W. Scott
United States Attorney

by: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 26th day of March, 2019.

Troy L. Nunley
United States District Judge